OPINION — AG — ** SCHOOL DISTRICT — AUDIT OF BOOKS ** OPINION RELATING TO AUDITS OF BOARDS OF EDUCATION BY STATE EXAMINER AND INSPECTOR AND HOLDING THAT 70 O.S. 4-31 [70-4-31](A) HAS NOT BE REPEALED BY 70 O.S. 505.1 [70-505.1], 70 O.S. 505.13 [70-505.13] AS AMENDED, BY 70 O.S. 505.4 [70-505.4] [70-505.4], 70 O.S. 505.7 [70-505.7], 70 O.S. 505.9 [70-505.9] [70-505.9], 70 O.S. 505.13 [70-505.13] (DIRECTIVE OF GOVERNOR, PETITION, AUDIT OF RECORDS (ACCOUNTS)) CITE: 70 O.S. 4-31 [70-4-31](A) (SAM I. HELLMAN)